**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0463, <u>Gail Brown v. Anastasia Papaefthemiou</u>, the court on February 26, 2015, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant, Anastasia Papaefthemiou, appeals an order of the Circuit Court (<u>LeFrancois</u>, J.) awarding judgment to the plaintiff, Gail M. Brown, in the plaintiff's small claims action. The circuit court order followed a 2012 superior court order that resolved the parties' boundary line dispute. We affirmed the superior court order in 2013.

On appeal, the defendant argues that, despite the superior court's findings to the contrary and her admissions in the circuit court proceeding, the property on which she cut trees and damaged border plantings does not belong to the plaintiff. She also argues that the superior court's decision is incorrect because it was based upon an inadequate record and that she did not receive a fair trial in the superior court case. As the appealing party, the defendant has the burden of demonstrating reversible error. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. ___, ___, 103 A.3d 1183, 1186 (2014). Based upon our review of the trial court's narrative order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See</u> <u>id</u>. at ___, 103 A.3d at 1186.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**
